# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ismael Octavio Ochoa-Rivera**<br>DOB: 1994; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-3219MJ |

Complaint for violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 U.S.C. § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about September 30, 2025, in the District of Arizona, **Ismael Octavio Ochoa-Rivera**, knowing or in reckless disregard that certain aliens, including Sergio De Benito-Hernandez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.
**COUNT 2 (Misdemeanor)** On or about September 30, 2025, in the District of Arizona, **Ismael Octavio Ochoa-Rivera**, knowing that certain illegal aliens, including Sergio De Benito-Hernandez, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18, United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On September 30, 2025, in the District of Arizona (Nogales), at approximately 9:37 a.m., Border Patrol agents (BPAs) were advised that a Santa Cruz County Sheriff's Office deputy (SCCSO) was requesting assistance with a vehicle stop on Highway 82 near the Nogales airport. SCCSO stopped a white 2011 Nissan Sentra for a failure to maintain lane violation. When the deputy interacted with the driver, the deputy observed a front seat passenger and, after asking the driver to roll down the passenger windows, the deputy observed three passengers in the back seat with one of those passengers laying on top of the other two passengers. BPAs arrived on scene at approximately 9:50 a.m., and the deputy informed them that the driver, identified as **Ismael Octavio Ochoa-Rivera**, was a Mexican citizen and that the other passengers appeared nervous. BPAs performed an immigration inspection on the four passengers, including Sergio De Benito-Hernandez, and determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Sergio De Benito-Hernandez does not possess the proper documentation to enter, pass through, or remain in the United States legally. **Ismael Octavio Ochoa-Rivera** was determined to be a Mexican citizen with a valid Border Crossing Card.

Material witness Sergio De Benito-Hernandez stated that he is a Mexican citizen and he was going to pay 220,000 Mexican pesos to be smuggled into the United States. He illegally crossed the border by climbing over a barbed wire fence with four other individuals and two foot guides. He walked all day and continued walking the next day until he reached a lay-up location. The two foot guides told the group to wait there for a vehicle and the guides left to go back to Mexico. **Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Sergio De Benito-Hernandez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Jeremy Sykes<br>U.S. Border Patrol Agent |
|---|---|
| Sworn by telephone X<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 1, 2025 |

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Price

**Continued from front page.**

The lay-up location was a rural area with a few houses and ranches in the area. He stated that they waited at the layup location all day and night until a vehicle approached. He stated the driver of a white sedan honked the horn and yelled at the group to get into the car. De Benito-Hernandez sat in the backseat behind the driver. The driver was by himself in the vehicle, and he told the group to relax and that everything was going to be fine. The driver instructed the group to sit up and look forward. De Benito-Hernandez described the driver as having a medium build, was wearing a t-shirt and possibly a gray baseball cap. He stated that the driver did not have a mustache and was possibly 30 to 35 years old. De Benito-Hernandez stated that they drove on a dirt road for approximately five minutes before turning onto a paved highway. As they drove on the highway, they saw a patrol vehicle pass them going the opposite direction. Approximately two kilometers later, the patrol vehicle caught up to them and the driver stated "Ya valio madre!", meaning "it's over" or "we're screwed". De Benito-Hernandez stated that they then pulled over and everyone stayed in the vehicle, and they were all arrested. He believed that they were travelling in the vehicle for 30 minutes total.

After waiving his *Miranda* rights, **Ismael Octavio Ochoa-Rivera** stated that he lives in Cananea, Sonora and that he crossed through the Naco Port of Entry about a month ago to work in Tucson, Arizona. **Ochoa-Rivera** stated that he came across a Facebook advertisement that was asking for drivers to pick up people for money. He responded to the advertisement and decided to take the job because it was more money than his job in Tucson. **Ochoa-Rivera** stated that he was told to pick up people and drive through Sierra Vista to get to Phoenix to avoid checkpoints. The people he picked up were hiding in the brush in Rio Rico. **Ochoa-Rivera** admitted that he knew it was a crime to pick up aliens and that he was going to be paid $1,500 per person that he took to Phoenix. The vehicle he used for the job belongs to his in-laws.